IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02348-MSK-KLM

KRISTI GRABENSTEIN,

    Plaintiff,

v.

ARROW ELECTRONICS, INC., a New York corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Defendant's **Unopposed Motion for Leave to File Amended Answer** [Docket No. 15; Filed December 17, 2010] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Clerk of the Court shall accept Defendant's Amended Answer to Plaintiff's Complaint [Docket No. 15-1] for filing as of the date of this Minute Order.

    Dated:  December 20, 2010