IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02348-MSK-KLM

KRISTI GRABENSTEIN,

    Plaintiff,

v.

ARROW ELECTRONICS, INC., a New York corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to File Amended Complaint** [Docket No. 21; Filed January 14, 2011] (the "Motion").  Plaintiff's counsel has been repeatedly warned about failure to comply with D.C.COLO.LCivR 10.D.  The Motion fails to comply because the font used is smaller than 12-point font.  The Local Rule's purpose is to render pleadings most readable.  Plaintiff's counsel's continued failure to comply with the Local Rule is not excused.  Accordingly,

    IT IS HEREBY **ORDERED** that the Motion is **DENIED without prejudice**.

    Dated:  January 18, 2011