IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  10-cv-02348-MSK-KLM

KRISTI GRABENSTEIN,

    Plaintiff,

v.

ARROW ELECTRONICS, INC., a New York corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on the parties **Joint Stipulated Motion to Amend Scheduling Order** [Docket No. 31; Filed March 14, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  Accordingly,

    IT IS FURTHER **ORDERED** that the Scheduling Order [Docket No. 11] entered on November 30, 2010 is amended to reflect the following new deadlines:

- Expert Disclosure    **May 16, 2011**
- Rebuttal Expert Disclosure    **June 15, 2011**
- Discovery Deadline    **June 30, 2011**
- Dispositive Motion Deadline    **August 1, 2011**

Dated:  March 15, 2011