IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Honorable Marcia S. Krieger

Civil Action No. 10-cv-02348-MSK-KLM

KRISTI GRABENSTEIN,

        Plaintiff,

v.

ARROW ELECTRONICS, INC., a New York corporation,

        Defendant.

---

**ORDER GRANTING STIPULATION REGARDING WITHDRAWAL OF
PLAINTIFF'S REQUEST FOR DAMAGES FOR EMOTIONAL DISTRESS**

---

After review of the Parties' Stipulation Regarding Withdrawal of Plaintiff's Request for

Damages for Emotional Distress **(#43)**, it is

**ORDERED** that Plaintiff's request for relief in the form of damages for emotional

distress is withdrawn from Plaintiff's Amended Complaint, and that Plaintiff may not seek

damages for emotional distress from Defendant.

DATED this 24th day of August, 2011.

        **BY THE COURT:**

        _Marcia S. Krieger_

        Marcia S. Krieger
        United States District Judge