IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02348-MSK-KLM

KRISTI GRABENSTEIN,

    Plaintiff,

v.

ARROW ELECTRONICS, INC., a New York corporation,

    Defendant.

_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on **Defendant's Unopposed Motion to Amend Scheduling Order** [Docket No. 45; Filed August 31, 2011] (the "Motion").

    IT IS HEREBY **ORDERED** that the Motion is **GRANTED**. The Scheduling Order entered on November 30, 2010 [Docket No. 11] and amended on March 15, 2011, and May 11, 2011 [Docket Nos. 33 & 37], is further modified to extend the following deadline:

- Discovery Deadline                                     **September 14, 2011**

Dated: September 1, 2011