IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-02348-MSK-KLM

KRISTI GRABENSTEIN,

    Plaintiff,

v.

ARROW ELECTRONICS, INC., a New York corporation,

    Defendant.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

This matter is before the Court on the parties' **Third Joint Stipulated Motion to Amend Scheduling Order** [Docket No. 51; Filed September 29, 2011] (the "Motion").

IT IS HEREBY **ORDERED** that the Motion is **GRANTED**.  The Scheduling Order entered on November 30, 2010 [Docket No. 11] and amended on March 15, 2011; May 11, 2011; September 1, 2011; and September 14, 2011 [Docket Nos. 33, 37, 47, 50], is further modified to extend the following deadlines:

- Discovery Deadline — **September 30, 2011**
- Dispositive Motions Deadline — **October 11, 2011**

Dated: September 29, 2011