#### IN THE UNITED STATES DISTRICT COURT
#### FOR THE DISTRICT OF COLORADO
#### HONORABLE MARCIA S. KRIEGER

Courtroom Deputy:   Patricia Glover                    Date:  August 9, 2012
Court Reporter:     Terri Lindblom

Civil Action No. 10-cv-02348-MSK-KLM

*Parties*:                                             *Counsel Appearing:*

KRISTI GRABENSTEIN,                                    Barry Roseman

        Plaintiff,

v.

ARROW ELECTRONICS, INC., a New York corporation,       Stacy Mueller
                                                       Steven Moore
        Defendant.

---

### COURTROOM MINUTES

---

HEARING:   Evidentiary- 702

**1:47 p.m.      Court in session.**

The opinions and objections for plaintiff's witness Dr. Lillydahl are addressed.

**Witness sworn  for the plaintiff : Jane H. Lillydahl, Ph.D :**
 **1:52 p..m.**     Direct Examination by Mr. Roseman.

Cross examination of witness by Mr. Moore.

**2:44 p.m.      Court in recess**
**3:07 p.m.      Court in session**

Continued cross examination of witness by Mr. Moore.

The Court questions the witness.

Courtroom Minutes
Judge Marcia S. Krieger
Page 2

No further questions by counsel.

Argument.

**ORDER:** Objections are overruled as to foundation requirements.

**ORDER:** The parties will reformulate the opinions in accordance with the Court's direction. This hearing will be continued. Counsel will contact chambers on or before August 31, 2012 to schedule the remainder of this hearing. Motions for Summary Judgment (**Doc. #59, #60**) are **DENIED** with leave to renew after the completion of the 702 hearing.

**4:03 p.m.** **Court in recess.**

**Total Time:** **1 hour 53 minutes.**
**Hearing continued.**